```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     CENTRAL DISTRICT OF CALIFORNIA
10  DEMOND TERRANCE LUCAS,        ) CASE NO. ED CV 10-1928-VBF (PJW)
                                  )
11             Petitioner,        )
                                  ) ORDER ACCEPTING REPORT AND
12        v.                      ) RECOMMENDATION OF UNITED STATES
                                  ) MAGISTRATE JUDGE AND DENYING
13  T. OCHOA,                     ) CERTIFICATE OF APPEALABILITY
                                  )
14             Respondent.        )
                                  )
15
16        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,
17   the records on file, and the Report and Recommendation of United
18   States Magistrate Judge and has considered de novo the portions of the
19   Report as to which objections have been filed.  The Court accepts the
20   Magistrate Judge's Report and adopts it as its own findings and
21   conclusions.
22        Further, for the reasons stated in the Report and
23   Recommendation, the Court finds that Petitioner has not made a
24   substantial showing of the denial of a constitutional right and,
25
26
27
28
```

therefore, a certificate of appealability is denied. See Rules Governing Section 2254 Cases in the United States District Courts, Rule 11(a); 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

DATED: 5-2-11

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\LUCAS, D 1928\Order accep r&r.wpd

2