UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DEMOND TERRANCE LUCAS,                     CASE NO. ED CV 10-1928-VBF (PJW)

                    Petitioner,
                                            J U D G M E N T
          v.

T. OCHOA, WARDEN,

                    Respondent.

     Pursuant to the Order Adopting Findings, Conclusions, and
Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition is denied and this action is
dismissed with prejudice.

     DATED:          5-2-11          .

                              _____
                              VALERIE BAKER FAIRBANK
                              UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\LUCAS, D 1928\Judgment.wpd